**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01552-REB

In re: RENT-RITE SUPER KEGS WEST LTD

Debtor

---

RENT-RITE SUPER KEGS WEST LTD.,

Appellant

v.

WORLD BUSINESS LENDERS, LLC,

Appellee.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel of record for:

Federal Deposit Insurance Corporation (FDIC)   (Amicus party supporting affirmance)

DATED at Arlington, VA this 10th day of September, 2019.

Minodora Daniela Vancea
Name of Attorney
Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, VS-D7176
Arlington, VA 22226-3500
(703) 562-2049
mvancea@fdic.gov

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

       pjones@wth-law.com

       pvellone@allen-vellone.com

       mark@larsonlawyer.com

                                      *s/      Minodora Daniela Vancea*